SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
E-mail: kslaught@seyfarth.com
Michelle Scannell (SBN 267767)
E-mail: mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

FRANCZEK RADELET
William R. Pokorny (*pro hac vice*)
Daniel R. Salemi (*pro hac vice*))
300 S. Wacker Drive, Suite 3400
Chicago IL 60606
Telephone: (312) 786-6141
Facsimile: (312) 986-9192

Attorneys for Defendant
SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST;<br><br>SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA;<br><br>SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND;<br><br>SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND;<br><br>SHEET METAL WORKERS LOCAL 104 AND BAY AREA INDUSTRY TRAINING FUND;<br><br>RICK WERNER, TRUSTEE; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104,<br><br>      Plaintiffs,<br><br>  v. | Case No. 3:17-cv-02567-RS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SELECT ADR PROCESS OR FILE NOTICE OF NEED FOR ADR PHONE CONFERENCE**<br><br>Complaint Filed: May 4, 2017 |

| | |
|---|---|
| 1 | SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC., a Delaware corporation., |
| 2 | |
| 3 | Defendant. |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and ADR Local Rule 3-5, Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST; SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA; SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND; SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND; SHEET METAL WORKERS LOCAL 104 AND BAY AREA INDUSTRY TRAINING FUND; RICK WERNER, TRUSTEE; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104, (collectively, "Plaintiffs") and Defendant SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC. ("Defendant") (collectively, "the Parties"), by and through their counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, October 5, 2017 is the current deadline for the Parties to file a stipulation selecting an ADR process, or the notice of a need for an ADR phone conference.

WHEREAS, the Parties continue to consider whether this case may be resolved without the need for further litigation, and whether and to what extent the Parties intend to utilize an ADR procedure if litigation proceeds; and

WHEREAS, on August 23, 2017, the Parties filed a Stipulation confirming that the deadline for Defendant to respond to the Complaint was extended to October 16, 2017, and requesting that the Court continue the Case Management Conference and all other deadlines triggered by the Case Management Conference. On August 24, 2017, the Court ordered that the CMC was continued to October 26, 2017.

//
//
//
//

1     NOW THEREFORE, the Parties respectfully request that the Court grant a 60-day extension for
the Parties' deadline to select an ADR process or file a notice of need for an ADR phone conference,
thereby continuing the deadline from October 5, 2017 to December 5, 2017.

    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 5, 2017     Respectfully submitted,

    SEYFARTH SHAW LLP

By:   */s/ Kathleen Cahill Slaught*
    Kathleen Cahill Slaught
    Michelle Scannell

Attorneys for Defendant
SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

DATED: October 5, 2017     Respectfully submitted,

    SALTZMAN & JOHNSON LAW CORPORATION

By:   */s/ Michelle R. Stafford*
    Michele R. Stafford
    Matthew P. Minser

Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS LOCAL 104 HEALTH CARE TRUST;
SHEET METAL WORKERS PENSION TRUST OF
NORTHERN CALIFORNIA; SHEET METAL WORKERS
LOCAL 104 SUPPLEMENTAL PENSION FUND; SHEET
METAL WORKERS LOCAL 104 VACATION-
HOLIDAY SAVINGS FUND; SHEET METAL
WORKERS LOCAL 104 AND BAY AREA INDUSTRY
TRAINING FUND; RICK WERNER, TRUSTEE; and
SHEET METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL UNION 104

3

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SELECT ADR PROCESS OR
FILE NOTICE OF NEED FOR ADR PHONE CONFERENCE

**SIGNATURE ATTESTATION**

The filer of this stipulation, Kathleen Cahill Slaught, attests that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

DATED: October 5, 2017                          SEYFARTH SHAW LLP

By:    */s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught
Michelle Scannell

Attorneys for Defendant
SCHNEIDER ELECTRIC BUILDINGS
AMERICAS, INC.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, that the Parties' deadline to select an ADR process or file a notice of need for an ADR phone conference is continued from October 5, 2017 to December 5, 2017.

DATED: 10/6/17                                     _/s/ Richard Seeborg_
District Judge Richard Seeborg

40597933v.1

4

STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND DEADLINE TO SELECT ADR PROCESS OR FILE NOTICE OF NEED FOR ADR PHONE CONFERENCE