SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
E-mail: kslaught@seyfarth.com
Michelle Scannell (SBN 267767)
E-mail: mscannell@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

FRANCZEK RADELET
William R. Pokorny (*pro hac vice*)
Daniel R. Salemi (*pro hac vice*)
300 S. Wacker Drive, Suite 3400
Chicago IL 60606
Telephone: (312) 786-6141
Facsimile: (312) 986-9192

Attorneys for Defendant
SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST;<br><br>SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA;<br><br>SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND;<br><br>SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND;<br><br>SHEET METAL WORKERS LOCAL 104 AND BAY AREA INDUSTRY TRAINING FUND;<br><br>RICK WERNER, TRUSTEE; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104,<br><br>Plaintiffs, | Case No. 3:17-cv-02567-RS<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF CASE MANAGEMENT CONFERENCE, DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT, AND DEADLINE TO SELECT ADR PROCESS AND FILE ADR STIPULATIONS** AS MODIFIED BY THE COURT<br>Complaint Filed: May 4, 2017 |

v.

SCHNEIDER ELECTRIC BUILDINGS
AMERICAS, INC., a Delaware corporation.,

           Defendant.

      Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, and 16-2(e), and ADR Local Rule 3-5, Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST; SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA; SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND; SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND; SHEET METAL WORKERS LOCAL 104 AND BAY AREA INDUSTRY TRAINING FUND; RICK WERNER, TRUSTEE; and SHEET METAL WORKERS INTERNATIONAL  ASSOCIATION LOCAL UNION 104, (collectively, "Plaintiffs") and Defendant SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC. ("Defendant") (collectively, "the Parties"), by and through their counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

      WHEREAS, presently, the deadline for the parties to select an ADR process or file a notice of need for ADR phone conference was December 5, 2017. The deadline for Defendant to respond to Plaintiffs' Complaint is December 15, 2017, and an initial Case Management Conference is scheduled for December 21, 2017.

      WHEREAS, the Parties are in the process of negotiating a potential resolution to this action. Due to the fact that the negotiation and settlement process requires input from Plaintiff's Board of Trustees and to other scheduling difficulties, the negotiation of a potential settlement and accompanying paperwork is not yet complete. A few weeks ago, Plaintiffs presented to Defendant a proposed declaration as part of Plaintiffs' settlement proposal, which at this time is under consideration with Defendant. The Parties are working diligently and in good faith to complete a settlement, and hope to reach an agreement within the next sixty days. In the interest of conserving judicial and party resources while the Parties continue to attempt to settle this matter, the Parties respectfully request that

2

the Court issue a 60-day continuance of all deadlines in this matter, as set forth below. If the Parties reach an agreement within the next 60 days, the Parties will promptly notify the Court.

WHEREAS, pursuant to Local Civil Rule 6-2(a)(2), the Parties provide that pursuant to prior requests, the Court has previously granted continuances in this matter. On August 24, 2017, the Court ordered that the CMC was continued to October 26, 2017. On October 6, 2017, the Court extended the deadline for the parties to select an ADR process or file a notice of need for ADR phone conference, to December 5, 2017. On October 11, 2017, the Court continued the deadline for Defendant to respond to the Complaint to December 15, 2017, and continued the CMC to December 21, 2017.

NOW THEREFORE, the Parties respectfully request that the Court extend present deadlines as follows:

February 5, 2018: Deadline for the parties to select an ADR process of file a notice of need for ADR conference;

February 15, 2018: Deadline for Defendant to respond to the Complaint; and

February 22, 2018: Case Management Conference.

All other related deadlines shall be continued accordingly.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 7, 2017   Respectfully submitted,

SEYFARTH SHAW LLP


By: _____*/s/ Michelle M. Scannell*_____
   Kathleen Cahill Slaught
   Michelle Scannell
Attorneys for Defendant
SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

DATED: December 7, 2017          Respectfully submitted,

SALTZMAN & JOHNSON LAW CORPORATION


By: _____ */s/ Michele R. Stafford*
    Michele R. Stafford
    Matthew P. Minser
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE SHEET METAL
WORKERS LOCAL 104 HEALTH CARE TRUST;
SHEET METAL WORKERS PENSION TRUST OF
NORTHERN CALIFORNIA; SHEET METAL
WORKERS LOCAL 104 SUPPLEMENTAL PENSION
FUND; SHEET METAL WORKERS LOCAL 104
VACATION-HOLIDAY SAVINGS FUND; SHEET
METAL WORKERS LOCAL 104 AND BAY AREA
INDUSTRY TRAINING FUND; RICK WERNER,
TRUSTEE; and SHEET METAL WORKERS
INTERNATIONAL ASSOCIATION LOCAL UNION
104

## SIGNATURE ATTESTATION

The filer of this stipulation, Michelle Scannell, attests that concurrence in the filing of this

document has been obtained from counsel for Plaintiffs.

DATED: December 7, 2017                    SEYFARTH SHAW LLP


By: _____ */s/ Michelle M. Scannell*
    Kathleen Cahill Slaught
    Michelle Scannell
Attorneys for Defendant
SCHNEIDER ELECTRIC BUILDINGS
AMERICAS, INC.

STIPULATED REQUEST AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF CASE MANAGEMENT
CONFERENCE, DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT, AND DEADLINE TO SELECT
ADR PROCESS AND FILE ADR STIPULATIONS

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, the Court grants the Parties'

Stipulated Request and sets the following deadlines in this matter:

February 5, 2018: Deadline for the parties to select an ADR process of file a notice of need for

ADR conference;

February 15, 2018: Deadline for Defendant to respond to the Complaint; and

March 8, 2018
~~February 22, 2018~~, 10:00 a.m.: Case Management Conference.

All other related deadlines shall be continued accordingly.

DATED:   12/8/17

_____
District Judge Richard Seeborg

STIPULATED REQUEST AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF CASE MANAGEMENT
CONFERENCE,  DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT, AND DEADLINE TO SELECT
ADR PROCESS AND FILE ADR STIPULATIONS

42891984v.1 / 057434-000056