# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC., <br><br> Defendant. | Case No. 17-cv-02567-RS <br><br> **STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 19, 2018.** If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **April 26, 2018, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: March 2, 2018

_____
Richard Seeborg
United States District Judge