1 | SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
2 | E-mail: kslaught@seyfarth.com
Michelle Scannell (SBN 267767)
3 | E-mail: mscannell@seyfarth.com
560 Mission Street, 31st Floor
4 | San Francisco, California 94105
Telephone: (415) 397-2823
5 | Facsimile: (415) 397-8549

6 | FRANCZEK RADELET
William R. Pokorny (*pro hac vice*)
7 | Daniel R. Salemi (*pro hac vice*)
300 S. Wacker Drive, Suite 3400
8 | Chicago IL 60606
Telephone: (312) 786-6141
9 | Facsimile: (312) 986-9192

10 | Attorneys for Defendant
SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST; <br><br> SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA; <br><br> SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND; <br><br> SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND; <br><br> SHEET METAL WORKERS LOCAL 104 AND BAY AREA INDUSTRY TRAINING FUND; <br><br> RICK WERNER, TRUSTEE; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104, <br><br> Plaintiffs, <br><br> v. | Case No. 3:17-cv-02567-RS <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL AND RELATED ORDER TO SHOW CAUSE HEARING** <br><br> Complaint Filed: May 4, 2017 |

| | |
|---|---|
| 1 | SCHNEIDER ELECTRIC BUILDINGS |
| 2 | AMERICAS, INC., a Delaware corporation., |
| 3 | Defendant. |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST; SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA; SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND; SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND; SHEET METAL WORKERS LOCAL 104 AND BAY AREA INDUSTRY TRAINING FUND; RICK WERNER, TRUSTEE; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104, (collectively, "Plaintiffs") and Defendant SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC. ("Defendant") (collectively, "the Parties"), by and through their counsel, HEREBY STIPULATE AND AGREE AS FOLLOWS:

WHEREAS, on March 2, 2018, the Court issued a Standby Order Of Dismissal (the "Order") (Docket No. 35), ordering the Parties to file a stipulation of dismissal by April 19, 2018. The Order specified that if a stipulation of dismissal was not filed by April 19, 2018, the parties were ordered to appear on April 26, 2018 at 1:30 p.m. and show cause why the case should not be dismissed.

WHEREAS, to date, Plaintiffs have executed the settlement agreement negotiated by the Parties. The week of April 9, 2018, in response to an inquiry from a representative of Defendant, Plaintiffs confirmed the appropriate mailing address for the settlement check. Defendants represent that due to internal financial processing systems, it has taken longer than anticipated to process the settlement check in this matter. Defendant expects to issue and mail the settlement check by early the week of April 23, 2108. Defendant's signatory for the settlement agreement is currently unavailable to sign the settlement agreement, but Defendant expects that the signatory will do so when the signatory returns to the office on April 20, 2018. Defendant respectfully requests a brief extension of the deadlines specified in the Court's March 2, 2018 Order.

2
STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL AND RELATED ORDER TO SHOW CAUSE HEARING

NOW THEREFORE, the Parties respectfully request that the Court extend the deadlines stated in the Court's March 2, 2018 Order as follows:

May 17, 2018: Deadline for the Parties to file a stipulation of dismissal; and

May 24, 2018, 1:30 p.m.: Hearing to Show Cause on Dismissal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 18, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SEYFARTH SHAW LLP

By: _____*/s/ Michelle M. Scannell*_____
　　　Kathleen Cahill Slaught
　　　Michelle Scannell
Attorneys for Defendant
SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC.

DATED: April 18, 2018　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　SALTZMAN & JOHNSON LAW CORPORATION

By: _____*/s/* Matthew P. Minser_____
　　　Michele R. Stafford
　　　Matthew P. Minser
Attorneys for Plaintiffs
BOARD OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST; SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA; SHEET METAL WORKERS LOCAL 104 SUPPLEMENTAL PENSION FUND; SHEET METAL WORKERS LOCAL 104 VACATION-HOLIDAY SAVINGS FUND; SHEET METAL WORKERS LOCAL 104 AND BAY AREA INDUSTRY TRAINING FUND; RICK WERNER, TRUSTEE; and SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL UNION 104

**SIGNATURE ATTESTATION**

The filer of this stipulation, Michelle Scannell, attests that concurrence in the filing of this document has been obtained from counsel for Plaintiffs.

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL AND RELATED ORDER TO SHOW CAUSE HEARING

| | | |
|---|---|---|
| 1 | DATED: April 18, 2018 | SEYFARTH SHAW LLP |
| 2 | | |
| 3 | | By: _____/s/ Michelle M. Scannell_____ |
| | | Kathleen Cahill Slaught |
| 4 | | Michelle Scannell |
| | | Attorneys for Defendant |
| 5 | | SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC. |

4

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL AND RELATED ORDER TO SHOW CAUSE HEARING

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION,** the Court grants the Parties' Stipulated Request and continues the deadlines in this matter as follows:

~~May 17,~~ June 7, 2018: Deadline for the Parties to file a stipulation of dismissal; and

~~May 24,~~ June 14, 2018, 1:30 p.m.: Hearing to Show Cause on Dismissal

**IT IS SO ORDERED.**

DATED: _____

District Judge Richard Seeborg

5

STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING DEADLINE TO FILE STIPULATION OF DISMISSAL AND RELATED ORDER TO SHOW CAUSE HEARING

42891984v.1 / 057434-000056