Michele R. Stafford, Esq. (SBN 172509)
Matthew P. Minser (SBN 296344)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
mminser@sjlawcorp.com

Attorneys for Plaintiffs, Boards of Trustees
of the Sheet Metal Workers Local 104 Health Care Trust, et al.

Kathleen Cahill Slaught (SBN 168129)
Michelle Scannell (SBN 267767)
SEYFARTH SHAW LLP
560 Mission Street, 31st Floor
San Francisco, CA 94105
(415) 397-2823
(415) 397-8549 – Facsimile
kslaught@seyfarth.com
mscannell@seyfarth.com

Attorneys for Defendant
Schneider Electric Buildings Americas, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS LOCAL 104 HEALTH CARE TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SCHNEIDER ELECTRIC BUILDINGS AMERICAS, INC., a Delaware Corporation, <br><br> Defendant. | Case No. C17-02567 RS <br><br> **STIPULATION OF VOLUNTARY DISMISSAL; [~~PROPOSED~~] ORDER THEREON** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(A)(ii), Plaintiffs Boards of Trustees of the Sheet Metal Workers Local 104 Health Care Trust, et al., and Defendant Schneider Electric Buildings Americas, Inc., a Delaware corporation, through their attorneys, reached a settlement and stipulate to the voluntary dismissal of this action, in its entirety, with prejudice.

Plaintiffs have not previously filed or dismissed any similar action against Defendant.

DATED: June 5, 2018                   **SALTZMAN & JOHNSON LAW CORPORATION**

                                      By: _____/S/_____
                                      Matthew P. Minser
                                      Attorneys for Plaintiffs

DATED: June 5, 2018                   **SEYFARTH SHAW LLP**

                                      By: _____/S/_____
                                      Michelle Scannell
                                      Attorneys for Defendant

IT IS SO ORDERED.

This case is hereby dismissed with prejudice, and the calendar herein is vacated.

DATED: __6/7__, 2018

                                      _____
                                      UNITED STATES DISTRICT COURT JUDGE